UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBORAH P. CASEY,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:18-cv-00428-SAB<br><br>ORDER RE STIPULATION FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a brief responsive to Plaintiff's motion for summary judgment on or before February 4, 2019.

IT IS SO ORDERED.

Dated: **December 21, 2018**

UNITED STATES MAGISTRATE JUDGE

1