UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBORAH P. CASEY,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:18-cv-00428-SAB<br><br>ORDER RE STIPULATION FOR A<br>SECOND EXTENSION OF TIME FOR<br>DEFENDANT TO FILE HER RESPONSIVE<br>BRIEF<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Defendant's responsive brief shall be filed on or before February 11, 2019; and

2.      Plaintiff's reply, if any, shall be filed on or before February 26, 2019.

IT IS SO ORDERED.

Dated:   **February 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1