# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH P. CASEY,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:18-cv-00428-SAB<br><br>ORDER REQUIRING DEFENDANT TO SUPPLEMENT ADMINISTRATIVE RECORD<br><br>(ECF No. 9) |

Plaintiff Deborah P. Casey filed a complaint on March 28, 2018, challenging the denial of her application for Social Security benefits. (ECF No. 1.) On August 13, 2018, the administrative record was filed. (ECF No. 9.) Upon review of the transcript of the February 10, 2016 hearing before the administrative law judge, the Court finds that there are pages of the transcript that are missing.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a complete copy of the February 10, 2016 hearing transcript on or before June 28, 2019.

IT IS SO ORDERED.

Dated: **June 17, 2019**

UNITED STATES MAGISTRATE JUDGE

1